FILED
CLERK, U.S. DISTRICT COURT

9/15/25

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MRV\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:25-cr-00761-AB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 111(a)(1): Simple Assault on Federal Officer] |
| MARIO CHACON, | |
| Defendant. | **[CLASS A MISDEMEANOR]** |

The Acting United States Attorney charges:

[18 U.S.C. § 111(a)(1)]

On or about August 15, 2025, in Los Angeles County, within the Central District of California, defendant MARIO CHACON intentionally and forcibly assaulted, resisted, impeded, intimidated, and interfered with victim Z.C., an employee of the United States Department of Homeland Security, Federal Protective Service, while

//

//

Z.C. was engaged in, and on account of, the performance of Z.C.'s official duties.

> BILAL A. ESSAYLI
> Acting United States Attorney
>
> JOSEPH T. MCNALLY
> Assistant United States Attorney
> Acting Chief, Criminal Division
>
> */s/ Frances S. Lewis*
>
> FRANCES S. LEWIS
> Assistant United States Attorney
> Chief, General Crimes Section
>
> NICHOLAS G. PURCELL
> Assistant United States Attorney
> General Crimes Section